UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cypress Semiconductor Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>GSI Technology, Inc.,<br><br>　　　　　　Defendant. | Civil Action No. 11-cv-00789-PJS-FLN |

**DEFENDANT GSI TECHNOLOGY, INC.'S
MOTION TO TRANSFER VENUE TO THE U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. 1404(A)**

Defendant GSI Technology, Inc. ("GSI"), respectfully moves this Court for an order transferring this case to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a).  Because this motion cannot be heard by the Court, GSI respectfully requests that the motion be referred to Magistrate Judge Franklin Noel for a report and recommendation pursuant to 28 U.S.C. § 636(b).

For the reasons set out more fully in the memoranda and supporting documents that will be filed in support of this motion, GSI moves this Court to transfer this case to the Northern District of California.

Dated:  May 26, 2011　　　　　　　　By　s/ Alan L. Kildow
　　　　　　　　　　　　　　　　　　　　　Alan L. Kildow, Bar No. 143133
　　　　　　　　　　　　　　　　　　　　　Sonya R. Braunschweig, Bar No. 290282
　　　　　　　　　　　　　　　　　　　　　DLA Piper LLP (US)
　　　　　　　　　　　　　　　　　　　　　90 South Seventh Street, Suite 5100
　　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota  55402
　　　　　　　　　　　　　　　　　　　　　Telephone:   612.524.3000
　　　　　　　　　　　　　　　　　　　　　Facsimile:    612.524.3001
　　　　　　　　　　　　　　　　　　　　　alan.kildow@dlapiper.com
　　　　　　　　　　　　　　　　　　　　　sonya.braunschweig@dlapiper.com

2

        Mark Fowler (admitted pro hac vice)
        Gerald T. Sekimura (admitted pro hac vice)
        Timothy Lohse (admitted pro hac vice)
        Michael G. Schwartz (admitted pro hac vice)
        Saori Kaji (admitted pro hac vice)
        DLA PIPER LLP (US)
        2000 University Avenue
        East Palo Alto, CA 94303-2215
        Telephone:   650.833.2000
        Facsimile:    650.833.2001
        mark.fowler@dlapiper.com
        gerald.sekimura@dlapiper.com
        timothy.lohse@dlapiper.com
        michael.schwartz@dlapiper.com
        saori.kaji@dlapiper.com

Attorneys for Defendant GSI Technology, Inc.

WEST\223560282.1