UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>GSI TECHNOLOGY, INC.,<br><br>            Defendant. | Civil Action No. 11-789-PJS-FLN |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND TRANSFER OF CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

The parties hereby stipulate and agree as follows, and request that the Court enter an Order that:

1.      Counts I, II and V of the Complaint be dismissed **WITHOUT PREJUDICE**; and

2.      That Defendant GSI Technology, Inc.'s Motion To Transfer Venue To The U.S. District Court For The Northern District Of California Pursuant To 28 U.S.C. 1404(A) [Doc. 14] be **GRANTED**.

The parties further stipulate and agree that following transfer, they will seek to have this case consolidated with case number 13-CV-2013, currently pending in the Northern District of California.

| | |
|---|---|
| Dated:  August 07, 2013 | FISH & RICHARDSON P.C. |
| | |
| | By: */s/ Michael E. Florey* |
| | Michael E. Florey (MN #214322) |
| | David A. Gerasimow (MN #389309) |
| | 3200 RBC Plaza |
| | 60 South Sixth Street |
| | Minneapolis, MN 55402 |
| | Tel: (612) 335-5070 |
| | Fax: (612) 288-9696 |
| | *florey@fr.com* |
| | *gerasimow@fr.com* |
| | |
| | Attorneys for Plaintiff |
| | CYPRESS SEMICONDUCTOR |
| | CORPORATION |
| | |
| DATE: August 07, 2013 | DLA PIPER LLP |
| | |
| | By: */s/ Alan L. Kildow* |
| | Alan L. Kildow (MN #143133) |
| | Sonya R. Braunschweig (MN #290282) |
| | DLA Piper LLP |
| | 90 South Seventh Street, Suite 5100 |
| | Minneapolis, Minnesota 55402 |
| | Telephone: 612.524.3000 |
| | Facsimile: 612.524.3001 |
| | alan.kildow@dlapiper.com |
| | sonya.braunschweig@dlapiper.com |

                                Mark Fowler (admitted *pro hac vice*)
                                Gerald T. Sekimura (admitted *pro hac vice*)
                                Timothy Lohse (admitted *pro hac vice*)
                                Michael G. Schwartz (admitted *pro hac vice*)
                                Saori Kaji (admitted *pro hac vice*)
                                DLA PIPER LLP (US)
                                2000 University Avenue
                                East Palo Alto, CA 94303-2215
                                Telephone: 650.833.2000
                                Facsimile: 650.833.2001
                                mark.fowler@dlapiper.com
                                gerald.sekimura@dlapiper.com
                                timothy.lohse@dlapiper.com
                                michael.schwartz@dlapiper.com
                                saori.kaji@dlapiper.com

Attorneys for Defendant
GSI TECHNOLOGY, INC.