UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORPORATION, | Case No. 11-CV-0789 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| GSI TECHNOLOGY, INC., | |
| Defendant. | |

---

Based upon the Stipulation filed by the parties on August 7, 2013 [ECF No. 40],

IT IS ORDERED that:

1. Counts I, II and V of the Complaint are dismissed without prejudice and without costs or disbursements to any party; and

2. Defendant's Motion to Transfer Venue to the U.S. District Court for the Northern District of California [ECF No. 14] is GRANTED.

Dated: August 8, 2013              s/Patrick J. Schiltz
                                   Patrick J. Schiltz
                                   United States District Judge